UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                              Case No. 24-20116

v.

                              Hon. Nancy G. Edmund

D-2 Terrance Tucker,

    Defendant.
_____/

**United States's Sentencing Memorandum**

    Having served years in prison for the violence he inflicted by committing an armed robbery, Defendant Terrance Tucker disappointingly returned to violence, armed robbing a postal worker and turning what was supposed to be a normal day servicing the public into her worst nightmare. And he did this after absconding to Michigan from his Arizona probation.

    Tucker's criminal conduct was undisputedly abhorrent and incredibly serious. Fortunately, no one was hurt, but the victim is unquestionably scarred, emotionally and psychologically, from what happened to her. Tucker's violence also jeopardized community safety and hampered the public's ability to receive essential mailing services. Coupled with his troublesome criminal history and how his actions could only be explained as lack of respect for the law, lack of appreciation for the safety of others, and lack of desire to live as a law-abiding citizen, a substantial sentence is warranted to address the serious concerns with

Tucker's ability to make better choices and walk away from harming others and the community and to provide adequate deterrence.

On the other hand, the United States acknowledges Tucker's turbulent childhood encumbered by neglects, abuses, and hardships. The United States also realizes that inadequately addressed mental health and substance dependence beginning from a very young age might have played a role in Tucker's continued troubles with the law. The United States does not ask the Court to give up on Tucker. He is still relatively young and has a lot of life left in him. It is encouraged that he is receiving love and support from friends and family, and hopefully the improved relationships and fatherhood would lead Tucker on a different path once he is released back into the community.

In Tucker's case, a sentence of 84-month is sufficient, but not greater than necessary, and reflects the objectives and furthers the goals of sentencing.

          Respectfully submitted,

          JEROME F. GORGON
          United States Attorney

          /s/ Nhan Ho
          Assistant United States Attorney
          211 W. Fort St., Suite 2001
          Detroit, Michigan 48226
          313-226-9632
          Nhan.ho@usdoj.gov

Date:  July 16, 2025

## Certificate of Service

I certify that on July 16, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Michigan using the ECF system, which will send notification of the filing to all users of record.

/s/ Nhan Ho
Assistant United States Attorney